JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>Plaintiff(s),<br><br>vs.<br><br>NATIONAL COMMUNITY RENAISSANCE, ET AL,<br><br>Defendant(s). | CASE NO. CV 09-02981-MMM(RZx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED: February 5, 2010

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE